## MOTION DOCKET

**92-1130.**  Bresnik v. Beulah Park Ltd. Partnership. *Franklin County*, No. 91AP–1068.  On motion for leave to file *amicus* of Thistledown Racing Club, Inc. et al.  Motion granted.

**92-1161.**  Bedford Hts. v. France. *Cuyahoga County*, No. 60198.  On motion for leave to file *amicus* of Ohio AFL–CIO et al.  Motion granted.

**92-1555.**  State ex rel. Lawhorn v. White. *Cuyahoga County*, Nos. 63290 and 63389.  On motion to dismiss.  Motion to dismiss overruled.
On motion for leave to amend merit brief.  Motion granted.

**92-1599.**  State ex rel. Wood v. Ohio Dept. of Rehab. & Corr. In Mandamus.  On request for findings of fact and conclusions of law.  Request denied.

**92-1732.**  State ex rel. Corethers v. Spellacy.  In Mandamus.  On request for findings of fact and conclusions of law.  Request denied.

**92-1784.**  State ex rel. Corethers v. Ohio Parole Bd.  In Mandamus.  On request for findings of fact and conclusions of law.  Request denied.

**92-1802.**  State v. Freeman. *Montgomery County*, No. 12198.  On motion for leave to amend memorandum.  Motion granted.
WRIGHT and RESNICK, JJ., dissent.

**92-1925.**  Firestone v. Galbreath.  Certified Question of State Law, Nos. 904114, 904115, 904116 and 904117.  On motion for leave to appear *pro hac vice*.  Motion granted.

**92-2204.**  State v. Willis. *Cuyahoga County*, No. 60468.  On motion for leave to file delayed appeal.  Motion granted.

**92-2206.**  State v. Kuhr. *Lucas County*, No. L–91–076.  On motion for leave to file delayed appeal.  Motion denied.

**92-2233.**  State v. Hood. *Hamilton County*, No. C–910957.  On motion for leave to file delayed appeal.  Motion granted.